## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN H. ROSKY,
               Appellant,
vs.
THE STATE OF NEVADA,
               Respondent.

No. 77538

FILED

DEC 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for leave of court for motion for rehearing/reconsideration. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ Pickering , J.
            Pickering

_____ , J.
       Gibbons

_____ , J.
       Hardesty

cc:   Hon. Elliott A. Sattler, District Judge
       John H. Rosky
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

18-908864